# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Jane Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-03579 |
| Citigroup Inc., Citigroup Global Markets, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jane Doe    .

Date:     06/23/2026

/s/ Linda D. Friedman
*Attorney's signature*

Linda D. Friedman - IL Bar No.: 6190092
*Printed name and bar number*

STOWELL & FRIEDMAN, LTD
303 W. Madison Street, Suite 2600
Chicago, IL 60606

*Address*

lfriedman@sfltd.com
*E-mail address*

(312) 431-0888
*Telephone number*

(312) 431-0228
*FAX number*