JANE DOE,

        Plaintiff,

    -against-

CITIGROUP INC. and CITIGROUP
GLOBAL MARKETS, INC.,

        Defendants.

Civil Action No. 26-cv-03579

## DECLARATION OF MARK SADLOSKI

I, Mark Sadloski, declare and state as follows:

1. I am over the age of 18, and I am competent to attest to the facts set forth herein. I am making this declaration based on my personal knowledge, and, if sworn as a witness, I could and would testify competently to the facts contained herein.

2. Citi currently employs me as a Senior Vice-President, Recruiting Group Manager, where I am responsible for Citi's global new hire onboarding process. I have been in this role since June 2021, and I have been employed by Citi since March 2007.

3. In connection with the performance of my responsibilities, I am familiar with and have access to Citibank, N.A.'s ("Citibank") employment and personnel records for current and former Citibank employees and am familiar with how Citibank stores and maintains such records in the regular course of business.

4. **Exhibit A** is a true and correct copy of Plaintiff's employment offer letter from Citi dated June 27, 2024, which Plaintiff electronically signed on July 23, 2024.

5.     **Exhibit B** is a true and correct copy of Plaintiff's Intellectual Property & Confidentiality Information Agreement, which Plaintiff electronically agreed to on July 23, 2024.

6.     I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed in Tampa, Florida on June 23, 2026.

Mark Sadloski