| | |
|---|---|
| Jane Doe,<br><br>      Plaintiff,<br><br>  v.<br><br>Citigroup Inc., Citigroup Global Markets, Inc.<br><br>      Defendants. | Case No. 1:26-cv-03579-NCM-VMS<br><br>Hon. Natasha C. Merle<br><br>**Jury Trial Demanded**<br><br>**<u>PLAINTIFF'S STATEMENT<br>CONCERNING<br>REDACTIONS</u>** |

Plaintiff Jane Doe, by and through her attorneys Stowell & Friedman Ltd., hereby responds to the Court's Order of June 22, 2026 directing the Plaintiff to submit a public filing supporting the redactions to the Complaint.

As Plaintiff explained in her Reply in Support of her Motion to Proceed Anonymously, during pre-filing correspondence between counsel, Citi proposed redactions to Plaintiff's Complaint. (ECF No. 18 at 6; ECF No. 18-1 ¶ 5; ECF No. 19-4.) Under threat of legal action if Plaintiff filed a Complaint without those redactions, Plaintiff agreed to file the Complaint with the redactions that Citi proposed. (ECF No. 18-1 ¶ 8.) In her Reply, Plaintiff advocated that if the Motion to Proceed Anonymously is denied, that the redactions to the Complaint should similarly be lifted. (ECF No. 18 at 6-7.)

Pursuant to this Court's Order of June 22, 2026, Citi has filed its own motion to maintain the redactions, offered its own justifications, and has further replied in support of its motion. (ECF No. 15, 15-1, 20.) Plaintiff therefore, in an abundance of caution, submits this statement in response to the Court's order directing Plaintiff to justify the redactions, but does not separately advocate for maintaining the redactions. To the contrary, as Plaintiff has explained, many of the

redactions are unsupported and merely seek to shield Citi or even other financial firms from unfavorable allegations. (*E.g.*, ECF No. 19-4 ¶¶ 39, 53, 54.)

Plaintiff defers to the Court's consideration of Citi's arguments in support of maintaining the redactions and will either maintain her original Complaint or submit a Complaint with revised or eliminated redactions in accordance with this Court's orders.

Dated: June 26, 2026

Respectfully Submitted on behalf of Plaintiff,

 */s/ Linda D. Friedman*

Linda D. Friedman *(pro hac vice)*
Shona B. Glink (# 4051280)
Daniel B. Lewin *(pro hac vice)*
Stowell & Friedman, Ltd.
303 W. Madison, Suite 2600
Chicago, IL 60606
Telephone: 312-431-0888
Facsimile: 312-431-0228
lfriedman@sfltd.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that a correct copy of the foregoing documents were served on June 26, 2026, to all counsel of record via CM/ECF.

*/s/ Linda D. Friedman*

Linda D. Friedman