# Morgan Lewis

**Lucas Hakkenberg**
Associate
+1.212.309.6987
lucas.hakkenberg@morganlewis.com

July 1, 2026

**VIA ECF**

Hon. Natasha C. Merle
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Jane Doe v. Citigroup Inc. and Citigroup Global Markets, Inc.*, Case No. 1:26-cv-3579**

Judge Merle:

We represent Defendants Citigroup Inc. and Citigroup Global Markets Inc. ("Citi") in the above-referenced matter. Citi consents to Plaintiff's request for a three-day extension of time to respond to Citi's letter motion regarding its anticipated motion to stay, which was submitted only four hours after the request was initially raised and before Citi's counsel could consult with their client.

Respectfully,

*/s/ Lucas Hakkenberg*
Lucas Hakkenberg

cc: All counsel of record via ECF

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060      **T** +1.212.309.6000
United States                            **F** +1.212.309.6001