Stowell & Friedman, Ltd.
Attorneys at Law

Linda D. Friedman

303 West Madison Street
Suite 2600
Chicago, Illinois 60606

phone: 312.431.0888
fax: 312.431.0228
www.stowellfriedman.com

August 20, 2026

**VIA EMAIL**

Brendan T. Killeen
Sam S. Shaulson
Grace Speights
Lucas Hakkenberg
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

**Re:** ***Jane Doe v. Citigroup Inc. and Citigroup Global Markets, Inc.***
**Case No. 1:26-cv-3579-NCM-VMS**

Counsel:

We represent Plaintiff Jane Doe in the above-captioned matter. Pursuant to the Individual Practice Rules of Judge Natasha C. Merle, enclosed is Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Stay Litigation Pending Arbitration. A copy of this letter will be filed via ECF.

Sincerely,

*/s/ Linda D. Friedman*
Linda D. Friedman

Cc: Honorable Natasha C. Merle (via ECF, without enclosures)